584

435 A.2d 931

Commonwealth v. Milton, Appellant.
Petition for Allowance of Appeal Denied Nov. 25, 1981.

Submitted May 20, 1981. Paulette J. Balogh, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before MONTGOMERY, HOFFMAN and VAN der VOORT; JJ.

Judgment of sentence affirmed.

435 A.2d 931

Commonwealth v. Morant, Appellant.
Petition for Allowance of Appeal Denied Feb. 24, 1982.

Submitted May 28, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

Judgment of sentence affirmed.